UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 22-1421

_____

UNITED STATES OF AMERICA
v.

RAFAEL PINA-NIEVES,
Defendant-Appellant

_____

**MOTION TO EXPEDITE BRIEFING AND ORAL ARGUMENT**

Now comes the appellant Rafael Pina-Nieves and respectfully moves that this

Honorable Court expedite both the briefing schedule and the date for oral argument.

As reason therefor appellant states:

1.  Earlier today, the Court denied appellant's motion for bail pending appeal.

Although the Court concluded that appellant failed to satisfy other conditions for the

granting of bail pending appeal, it did say that it was "not convinced that the appeal

does not present at least one 'substantial question'" and further said that "[a]ny party

wishing to move to expedite consideration of the appeal should do so as soon as

practicable." Appellant now so moves.

2. Also earlier today, the Court set a briefing schedule requiring appellant to

file his brief and appendix by August 29, 2022, the government to file its brief 30

days after the filing of appellant's brief, and the appellant to file his reply brief 21

days after the filing of the government's brief.

3. In order to expedite consideration of this appeal, appellant proposes the adoption of the following briefing schedule:

a. Appellant will file his brief 25 days from today, August 12, 2022.

b. The government will file its brief 25 days after the filing and service of appellant's brief, on or before September 5, 2022.

c. Appellant will file his reply brief 14 days after the filing and service of the government's brief, on or before September 19, 2022.

4. This expedited briefing schedule should be feasible for both parties, as the primary issues to be presented on appeal have already been extensively briefed in motions for bail pending appeal filed both in the district court and in this Court. Appellant currently plans to raise only one additional issue that was not presented in his motion for bail pending appeal, *i.e.*, that the evidence did not suffice to prove that he had knowledge of the characteristics of the weapon that made it a machine gun. The government is already familiar with these arguments, as they were presented at trial in appellant's judgment of acquittal arguments.

5. This schedule is also necessary to accommodate long-standing plans of the undersigned Kimberly Homan, who will have major responsibility for the preparation of appellant's brief and reply brief, to be out of the country on vacation from

September 21, 2022, until October 8, 2022.

6. Appellant further requests that, if the Court will be scheduling oral argument, that it do so during the October 2022 sitting. While Ms. Homan would not be available that week, it is Mr. Weinberg who will be responsible for the presentation of oral argument on behalf of the appellant.

Respectfully submitted,

By his attorneys,

**/s/ Kimberly Homan**
Kimberly Homan
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 448-2812 (Telephone)
homanlaw@aol.com

**/s/ Martin G. Weinberg**
Martin G. Weinberg
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700 (Telephone)
(617) 338-9538 (Fax)
owlmgw@att.net

## CERTIFICATE OF SERVICE

I, Kimberly Homan, hereby certify that on this 18th day of July, 2022, this motion was filed with the Court through its CM/ECF system, thus effectuating service on all parties to this appeal.

**/s/ Kimberly Homan**                    .
Kimberly Homan